# State of New York
## Supreme Court, Appellate Division

Decided and Entered:  January 19, 2017          D-12-17
_____

In the Matter of THOMAS MICHAEL
   PHELAN, an Attorney.            MEMORANDUM AND ORDER
                                              ON MOTION
(Attorney Registration No. 1420371)

_____


Calendar Date:  January 11, 2017

Before:  McCarthy, J.P., Lynch, Clark, Mulvey and Aarons, JJ.

_____


        Thomas Michael Phelan, Cape May, New Jersey, pro se.

        Monica A. Duffy, Attorney Grievance Committee for the Third
Judicial Department, Albany, for Attorney Grievance Committee for
the Third Judicial Department.


_____


Per Curiam.

        Thomas Michael Phelan was admitted to practice by this
Court in 1967 and lists a business address in Cape May, New
Jersey with the Office of Court Administration.  Phelan now seeks
leave to resign from the New York bar for nondisciplinary reasons
(see Uniform Rules for Attorney Disciplinary Matters [22 NYCRR]
§ 1240.22 [a]).  The Attorney Grievance Committee for the Third
Judicial Department advises that it does not oppose Phelan's
application.

        Upon reading the affidavit of Phelan sworn to September 9,
2016, and upon reading the correspondence in response by the
Chief Attorney for the Attorney Grievance Committee for the Third
Judicial Department, and having determined that Phelan is
eligible to resign for nondisciplinary reasons, we grant his
application and accept his resignation.

McCarthy, J.P., Lynch, Clark, Mulvey and Aarons, JJ., concur.


ORDERED that Thomas Michael Phelan's application to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Thomas Michael Phelan's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Thomas Michael Phelan shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.




ENTER:

Robert D. Mayberger
Clerk of the Court